**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Kansas City RVs, LLC | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA AMPR Plaza<br>DBA KC RVs<br>DBA KC Marine<br>DBA KC Motorsports<br>DBA Automax KC<br>DBA KC Offroad RVs<br>DBA KC RV<br>DBA Kansas City RV | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-3451795 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 148 NE MCQuerry Road<br>Grain Valley, MO 64029 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Jackson | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   https://www.kcrvs.com/

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Kansas City RVs, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5561

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

Debtor   Kansas City RVs, LLC
Name                                                              Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

| Debtor | Kansas City RVs, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Debtor | Kansas City RVs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January  6, 2023
MM / DD / YYYY

**X** /s/ JE Cornwell                          JE Cornwell
Signature of authorized representative of debtor    Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Colin Gotham                          Date    January  6, 2023
Signature of attorney for debtor                  MM / DD / YYYY

Colin Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone    (913) 962-8700      Email address    cgotham@emlawkc.com

KS#19538; MO#52343 MO
Bar number and State

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Western District of Missouri

In re   Kansas City RVs, LLC

Debtor(s)

Case No.

Chapter   11

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   N/A  .

2. The following financial data is the latest available information and refers to the debtor's condition on   1/06/2023  .

a. Total assets                                                                      $                256,500.00

b. Total debts (including debts listed in 2.c., below)                               $              2,002,880.71

c. Debt securities held by more than 500 holders:

Approximate number of holders:

| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |

d. Number of shares of preferred stock                                                          0                    0

e. Number of shares common stock                                                               0                    0

Comments, if any:
N/A

3. Brief description of Debtor's business:
Recreational Vehicle Sales & Service

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
JE Cornwell

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Missouri

In re   Kansas City RVs, LLC _____   Case No. _____

          Debtor(s)   Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Hourly |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2. $ 1,738.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

  ☑ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

  ☑ Debtor ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
  Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

---

### CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____  /s/ Colin Gotham

*Date*            Colin Gotham KS#19538; MO#52343
              *Signature of Attorney*
              Evans & Mullinix, P.A.
              7225 Renner Road, Suite 200
              Shawnee, KS 66217
              (913) 962-8700   Fax: (913) 962-8701
              cgotham@emlawkc.com
              *Name of law firm*

AAA Disposal Services
31103 East Blue Mills Road
Buckner MO 64016

AMPR, LLC
12 East 110th Street
Kansas City MO 64114

Aramark
2680 Palumbo Dr.
Lexington KY 40509

Ariel Bouskila
Berkovitch & Bouskila, PLLC
80 BRoad Street, Suite 3303
New York NY 10004

Blackpurl
2802 Flintrock Trce
Suite 205
Austin TX 78738-1812

Capital Ten Properties, LLC
6518 West 132nd Street
Leawood KS 66209

Car Gurus
2 Canal Park, 4th Floor
Cambridge MA 02141

Cars.com
300 South Riveside Plaza
Suite 1000
Chicago IL 60606

Corporation Service Company
as Representative
PO Box 2576
Springfield IL 62708

Corporation Service Company
as Representative
801 Adlai Stevenson Drive
Springfield IL 62703

Credibly Of Arizona, LLC
25200 Telegragh Road #350
Southfield MI 48033


Dealer Car Search
12912 Shelbyville Road
Louisville KY 40243


Dealership Performance 360
25030 SW Parkway Ave
Suite 300
Wilsonville OR 97070


Elavon
7300 Chapman Highway
Knoxville TN 37920-6612


Evergy Inc
1200 Main Street
30th Floor
Kansas City MO 64105


Evergy Inc
PO Box 11739
Kansas City MO 64138


Financial Pacific Leasing LC
3455 S. 344th Way, #300
Federal Way WA 98001-9546


First Pacific Group Inc.
3100 Quail Creek Drive
Independence MO 64055


Floorplan Xpress
2900 Telephone Road
Suite 220
Oklahoma City OK 73160


Fund Works
2990 N Sepulveda Blvd.
Suite 310
Van Nuys CA 91411

Grain Valley Water & Sewer
711 Main Street
Grain Valley MO 64029


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia PA 19101-7346


Internal Revenue Service
Attn: Insolvency/Advisory
Mail Stop 5334 LSM
2850 NE Independence Ave
Lees Summit MO 64064


Jamie Breedlove
PO Box 10088
3250 East Sunshine Street
Springfield MO 65804


JE Cornwell
12 East 110th Street
Kansas City MO 64114


John Veldheer - Jacmo Properties
1607 Elsa Smith Road
Independence MO 64056


KC RV THERE YET
146 NE MCQuerry Road
Grain Valley MO 64029


LCA Bank Corporation
1441 West Ute Blvd.
Suite 250
Park City UT 84098


Lead Venture - Dealer Spike
26600 SW Parkway Avenue
Suite 400
Wilsonville OR 97070


Lease Corporation of America
3150 Livernois Road
Suite 300
Troy MI 48083

Legacy Bank and Trust
PO Box 10088
3250 East Sunshine Street
Springfield MO 65804


Lien Solutions
PO Box 29071
Glendale CA 91209-9071


Lien Solutions
PO Box 290741
Glendale CA 91209-9071


Linus Baker Attorney
6732 West 185th Terrace
Stilwell KS 66085


Missouri Attorney General
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City MO 65102


Missouri Dept of Revenue
ATTN: Bankruptcy Unit
PO Box 475
Jefferson City MO 65105-0475


Moxie Pest Control
1251 NW Pamela Blvd.
Suite A
Grain Valley MO 64029


N2 Publishing
13149 State Line Rd
Kansas City MO 64145


NBKC
8320 Ward Parkway
Kansas City MO 64114


Nextar Media Group
WDAF Fox 4
3030 Summit Street
Kansas City MO 64113

Nextgear Capital, Inc.
11799 North College Avenue
Carmel IN 46032


Northpoint Commercial Finance
PO Box 1445
Alpharetta GA 30009


Outfront Media
2459 Summit Street
Kansas City MO 64108


Parker Swearngin, LLP
Attn: Jennie Swearngin
215 SE Douglas Street
Lees Summit MO 64063


PHMG
401 N Michigan Ave
Chicago IL 60611


Porlier Outdoors
127 Mullberry Street
Foristell MO 63348


Small Business Admin
1000 Walnut Street
Suite 500
Kansas City MO 64106


SOS Capital
1330 Avenue of the Americas
Suite 600-B
New York NY 10019


Spectrum Business
Charter Communications
400 Washington Blvd.
Stamford CT 06902


Spire Energy
700 Market Street
Saint Louis MO 63101

Steel City Media
4045 Mill St.
Kansas City MO 64111


Summit Media
PO Box 1149
215 Platte Clay Way Ste C
Kearney MO 64060


U.S. Attorney, Western District of MO
Attn: Bankruptcy Processing Clerk
Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City MO 64106


UPS United Parcel Service
55 Glenlake Pkwy, NE
Atlanta GA 30328


US Bank
1310 Madrid Street
Marshall MN 56258


US Bank
Bankruptcy Department
PO Box 5229
Cincinnati OH 45201-5229


Walters Kluwer Lien Solutions
PO Box 29071
Glendale CA 91209-9071


Waste Management
PO Box 42390
Phoenix AZ 85080


Waste Management
PO Box 55558
Boston MA 02205


Wells Fargo Bank, N.A.
10 South Wacker Drive
Chicago IL 60606

Wells Fargo Commercial
Distribution Finance, LLC
10 South Wacker Drive
Chicago IL 60606


Westlake Flooring Company, LLC
4751 Wilshire Blvd.
Los Angeles CA 90010


Westwood Funding Solutions
4601 Sheradin Street
Suite 501
Hollywood FL 33021

## United States Bankruptcy Court
### Western District of Missouri

In re   Kansas City RVs, LLC

Debtor(s)

Case No.

Chapter    11

## <u>VERIFICATION OF MAILING MATRIX</u>

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:   January  6, 2023

/s/ JE Cornwell

JE Cornwell/President
Signer/Title

**Fill in this information to identify the case:**

Debtor name    Kansas City RVs, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 6, 2023          **X** /s/ JE Cornwell
                                        Signature of individual signing on behalf of debtor

                                        JE Cornwell
                                        Printed name

                                        President
                                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Kansas City RVs, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Small Business Admin 1000 Walnut Street Suite 500 Kansas City, MO 64106 | | EIDL - Blanket Lien on All Assets | | $480,000.00 | $0.00 | $480,000.00 |
| Legacy Bank and Trust PO Box 10088 3250 East Sunshine Street Springfield, MO 65804 | | All Assets & Second Morgage on 12 East 110th Street, Kansas City, MO 64114 | | $480,000.00 | $65,000.00 | $415,000.00 |
| Westwood Funding Solutions 4601 Sheradin Street Suite 501 Hollywood, FL 33021 | | Loan | | | | $176,000.00 |
| AMPR, LLC 12 East 110th Street Kansas City, MO 64114 | | Loan | | | | $140,000.00 |
| Westwood Funding Solutions 4601 Sheradin Street Suite 501 Hollywood, FL 33021 | | Loan | | | | $121,000.00 |
| Fund Works 2990 N Sepulveda Blvd. Suite 310 Van Nuys, CA 91411 | | Loan | | | | $120,000.00 |
| SOS Capital 1330 Avenue of the Americas Suite 600-B New York, NY 10019 | | Loan | | | | $120,000.00 |

| Debtor | Kansas City RVs, LLC | | Case number *(if known)* | |
|--------|----------------------|-|--------------------------|-|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wells Fargo Bank, N.A. 10 South Wacker Drive Chicago, IL 60606 | | Possible Repossession Deficiency | Contingent Unliquidated Disputed | | | $70,000.00 |
| Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $50,000.00 |
| Capital Ten Properties, LLC 6518 West 132nd Street Leawood, KS 66209 | | Terminated Lease for Property Located at 11900 East State Route 350, Kansas City, MO | | | | $16,041.00 |
| Floorplan Xpress 2900 Telephone Road Suite 220 Oklahoma City, OK 73160 | | Loan | Contingent Unliquidated Disputed | | | $15,500.00 |
| Nextar Media Group WDAF Fox 4 3030 Summit Street Kansas City, MO 64113 | | Services Provided | | | | $14,000.00 |
| Missouri Dept of Revenue ATTN: Bankruptcy Unit PO Box 475 Jefferson City, MO 65105-0475 | | Taxes | | | | $9,000.00 |
| Parker Swearngin, LLP Attn: Jennie Swearngin 215 SE Douglas Street Lees Summit, MO 64063 | | | Contingent Unliquidated Disputed | | | $7,000.00 |
| Steel City Media 4045 Mill St. Kansas City, MO 64111 | | Services Provided | | | | $6,000.00 |
| Outfront Media 2459 Summit Street Kansas City, MO 64108 | | Rejected Contract | | | | $2,400.00 |

| Debtor | Kansas City RVs, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cars.com 300 South Riveside Plaza Suite 1000 Chicago, IL 60606 | | Services Provided | | | | $2,000.00 |
| Summit Media PO Box 1149 215 Platte Clay Way Ste C Kearney, MO 64060 | | Rejected Contract | | | | $1,655.00 |
| Lead Venture - Dealer Spike 26600 SW Parkway Avenue Suite 400 Wilsonville, OR 97070 | | Cancelled Website | Contingent Unliquidated Disputed | | | $1,350.00 |
| Car Gurus 2 Canal Park, 4th Floor Cambridge, MA 02141 | | Services Provided | | | | $1,245.00 |

# United States Bankruptcy Court
## Western District of Missouri

In re   Kansas City RVs, LLC
_____
Debtor(s)

Case No. _____
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JE Cornwell<br>12 East 110th Street<br>Kansas City, MO 64114 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   January  6, 2023
_____

Signature   /s/ JE Cornwell
_____
JE Cornwell

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**Fill in this information to identify the case:**

Debtor name     Kansas City RVs, LLC

United States Bankruptcy Court for the:     WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---------|------------------------|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................... $    250,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................ $    6,500.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................. $    256,500.00

| Part 2: | **Summary of Liabilities** |
|---------|-----------------------------|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    1,150,669.71

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $    59,000.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    817,711.00

4. **Total liabilities** .........................................................................................
   Lines 2 + 3a + 3b                                                              $    2,027,380.71

**Fill in this information to identify the case:**

Debtor name ___Kansas City RVs, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |

| | | |
|---|---|---|
| 3.1. Great Southern Bank | Business Checking | $2,000.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                   $2,000.00

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:      Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:      Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | Kansas City RVs, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> Misc. Office Furniture | $0.00 | Liquidation | $1,500.00 |
| 40. | **Office fixtures** <br> All Goodwill, Trademarks, and Trade Name for AutoMax KC | $0.00 | Liquidation | $0.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> 6 Computers | $0.00 | Liquidation | $2,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** <br> Add lines 39 through 42.  Copy the total to line 86. | $3,500.00 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| Debtor | Kansas City RVs, LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Leased Forklift | $0.00 | | $0.00 |
| Misc. Tools | $0.00 | Liquidation | $1,000.00 |

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$1,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   12 East 110th Street, Kansas City, MO 64114 | Fee Simple | $250,000.00 | Liquidation | $250,000.00 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$250,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

| Debtor | Kansas City RVs, LLC | Case number *(If known)* | |
|--------|---------------------|--------------------------|--|
| | Name | | |

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|-----------------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** Website addresses: kcrvs.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | | $0.00 |
   |--|-------|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|--|-----------------------------------|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |

| Debtor | Kansas City RVs, LLC | Case number *(If known)* | |
|--------|----------------------|--------------------------|--|
| | Name | | |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Approx. 30 RVs Held on Consignment for Benefit of Costumers                                    $0.00

Claim against Capital 10 Properties, LLC for unlawful eviction, conversion, misrepresentation, and other legal theories                                    Unknown

78. **Total of Part 11.**                                    $0.00
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | Kansas City RVs, LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

<div style="background:black;color:white;display:inline">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $250,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,500.00 | + 91b. $250,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $256,500.00 |

**Fill in this information to identify the case:**

Debtor name    Kansas City RVs, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | Legacy Bank and Trust | Describe debtor's property that is subject to a lien | $480,000.00 | $65,000.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 10088
3250 East Sunshine Street
Springfield, MO 65804

Creditor's mailing address

Describe debtor's property that is subject to a lien

All Assets & Second Morgage on 12 East 110th Street, Kansas City, MO 64114

**Describe the lien**

Blanket Lien in all Assets

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | NBKC | Describe debtor's property that is subject to a lien | $190,669.71 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

8320 Ward Parkway
Kansas City, MO 64114

Creditor's mailing address

Describe debtor's property that is subject to a lien

12 East 110th Street, Kansas City, MO 64114

**Describe the lien**

Deed of Trust

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | Kansas City RVs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Small Business Admin | Describe debtor's property that is subject to a lien | $480,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | EIDL - Blanket Lien on All Assets | | |

1000 Walnut Street
Suite 500
Kansas City, MO 64106
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $1,150,669.71 |

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Jamie Breedlove<br>PO Box 10088<br>3250 East Sunshine Street<br>Springfield, MO 65804 | Line  2.1 | |
| U.S. Attorney, Western District of MO<br>Attn: Bankruptcy Processing Clerk<br>Charles Evans Whittaker Courthouse<br>400 East 9th Street, Room 5510<br>Kansas City, MO 64106 | Line  2.3 | |

| Fill in this information to identify the case: |
| --- |
| Debtor name    Kansas City RVs, LLC |
| United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 | $50,000.00 |
| | Internal Revenue Service | ☐ Contingent | | |
| | Centralized Insolvency Ops | ☐ Unliquidated | | |
| | PO Box 7346 | ☐ Disputed | | |
| | Philadelphia, PA 19101-7346 | | | |
| | Date or dates debt was incurred | Basis for the claim: Taxes | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No   ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 | $9,000.00 |
| | Missouri Dept of Revenue | ☐ Contingent | | |
| | ATTN: Bankruptcy Unit | ☐ Unliquidated | | |
| | PO Box 475 | ☐ Disputed | | |
| | Jefferson City, MO 65105-0475 | | | |
| | Date or dates debt was incurred | Basis for the claim: Taxes | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No   ☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

Debtor  Kansas City RVs, LLC

_____        Case number (if known) _____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

AAA Disposal Services
31103 East Blue Mills Road
Buckner, MO 64016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Services Provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,000.00 |
|---|---|---|---|

AMPR, LLC
12 East 110th Street
Kansas City, MO 64114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.00 |
|---|---|---|---|

Aramark
2680 Palumbo Dr.
Lexington, KY 40509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Cancelled Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

Blackpurl
2802 Flintrock Trce
Suite 205
Austin, TX 78738-1812

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Rejected Contract for Dealership Management Software

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,041.00 |
|---|---|---|---|

Capital Ten Properties, LLC
6518 West 132nd Street
Leawood, KS 66209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Terminated Lease for Property Located at 11900 East
State Route 350, Kansas City, MO

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,245.00 |
|---|---|---|---|

Car Gurus
2 Canal Park, 4th Floor
Cambridge, MA 02141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Services Provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

Cars.com
300 South Riveside Plaza
Suite 1000
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Services Provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Kansas City RVs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62708

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Unknown Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Credibly Of Arizona, LLC
25200 Telegragh Road #350
Southfield, MI 48033

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Unreleased UCC

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Dealer Car Search
12912 Shelbyville Road
Louisville, KY 40243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rejected Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Dealership Performance 360
25030 SW Parkway Ave
Suite 300
Wilsonville, OR 97070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rejected Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Evergy Inc
1200 Main Street
30th Floor
Kansas City, MO 64105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Utility Service

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Financial Pacific Leasing LC
3455 S. 344th Way, #300
Federal Way, WA 98001-9546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Forklift Lease

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,500.00

Floorplan Xpress
2900 Telephone Road
Suite 220
Oklahoma City, OK 73160

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Kansas City RVs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,000.00 |
|---|---|---|
| Fund Works<br>2990 N Sepulveda Blvd.<br>Suite 310<br>Van Nuys, CA 91411 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Loan_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Grain Valley Water & Sewer<br>711 Main Street<br>Grain Valley, MO 64029 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Utility Service_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| John Veldheer - Jacmo Properties<br>1607 Elsa Smith Road<br>Independence, MO 64056 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Lease_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| LCA Bank Corporation<br>1441 West Ute Blvd.<br>Suite 250<br>Park City, UT 84098 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Alledged UCC_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|
| Lead Venture - Dealer Spike<br>26600 SW Parkway Avenue<br>Suite 400<br>Wilsonville, OR 97070 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Cancelled Website_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445.00 |
|---|---|---|
| Lease Corporation of America<br>3150 Livernois Road<br>Suite 300<br>Troy, MI 48083 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Services Provided_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Moxie Pest Control<br>1251 NW Pamela Blvd.<br>Suite A<br>Grain Valley, MO 64029 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Services Provided_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Kansas City RVs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address**
N2 Publishing
13149 State Line Rd
Kansas City, MO 64145

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **$550.00**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Rejected Contract

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**
Nextar Media Group
WDAF Fox 4
3030 Summit Street
Kansas City, MO 64113

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **$14,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**
Nextgear Capital, Inc.
11799 North College Avenue
Carmel, IN 46032

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**
Northpoint Commercial Finance
PO Box 1445
Alpharetta, GA 30009

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Possible Repossession Deficiency

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
Outfront Media
2459 Summit Street
Kansas City, MO 64108

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **$2,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rejected Contract

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
Parker Swearngin, LLP
Attn: Jennie Swearngin
215 SE Douglas Street
Lees Summit, MO 64063

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **$7,000.00**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
PHMG
401 N Michigan Ave
Chicago, IL 60611

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.  **$480.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Kansas City RVs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$800.00**

Porlier Outdoors
127 Mullberry Street
Foristell, MO 63348

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Rejected Contract

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120,000.00**

SOS Capital
1330 Avenue of the Americas
Suite 600-B
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Loan

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Spectrum Business
Charter Communications
400 Washington Blvd.
Stamford, CT 06902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Utility Service

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Spire Energy
700 Market Street
Saint Louis, MO 63101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Utility Service

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,000.00**

Steel City Media
4045 Mill St.
Kansas City, MO 64111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Services Provided

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,655.00**

Summit Media
PO Box 1149
215 Platte Clay Way Ste C
Kearney, MO 64060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Rejected Contract

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

UPS United Parcel Service
55 Glenlake Pkwy, NE
Atlanta, GA 30328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Kansas City RVs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

US Bank
1310 Madrid Street
Marshall, MN 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00**

Waste Management
PO Box 42390
Phoenix, AZ 85080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Rejected Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00**

Wells Fargo Bank, N.A.
10 South Wacker Drive
Chicago, IL 60606

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Possible Repossession Deficiency

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Westlake Flooring Company, LLC
4751 Wilshire Blvd.
Los Angeles, CA 90010

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176,000.00**

Westwood Funding Solutions
4601 Sheradin Street
Suite 501
Hollywood, FL 33021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121,000.00**

Westwood Funding Solutions
4601 Sheradin Street
Suite 501
Hollywood, FL 33021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Kansas City RVs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Ariel Bouskila<br>Berkovitch & Bouskila, PLLC<br>80 BRoad Street, Suite 3303<br>New York, NY 10004 | Line 3.30<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | Corporation Service Company<br>as Representative<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line 3.8<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | Elavon<br>7300 Chapman Highway<br>Knoxville, TN 37920-6612 | Line 3.40<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | Evergy Inc<br>PO Box 11739<br>Kansas City, MO 64138 | Line 3.12<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | First Pacific Group Inc.<br>3100 Quail Creek Drive<br>Independence, MO 64055 | Line 3.13<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | Internal Revenue Service<br>Attn: Insolvency/Advisory<br>Mail Stop 5334 LSM<br>2850 NE Independence Ave<br>Lees Summit, MO 64064 | Line 2.1<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 | Line 3.24<br><br>☐ Not listed. Explain ____ | __ |
| 4.8 | Lien Solutions<br>PO Box 290741<br>Glendale, CA 91209-9071 | Line 3.18<br><br>☐ Not listed. Explain ____ | __ |
| 4.9 | Linus Baker Attorney<br>6732 West 185th Terrace<br>Stilwell, KS 66085 | Line 3.5<br><br>☐ Not listed. Explain ____ | __ |
| 4.10 | Missouri Attorney General<br>Supreme Court Building<br>207 W. High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 | Line 2.2<br><br>☐ Not listed. Explain ____ | __ |
| 4.11 | U.S. Attorney, Western District of MO<br>Attn: Bankruptcy Processing Clerk<br>Charles Evans Whittaker Courthouse<br>400 East 9th Street, Room 5510<br>Kansas City, MO 64106 | Line 2.1<br><br>☐ Not listed. Explain ____ | __ |
| 4.12 | US Bank<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, OH 45201-5229 | Line 3.36<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | Kansas City RVs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.13 | Walters Kluwer Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 | Line  3.13<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | Walters Kluwer Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 | Line  3.9<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | Walters Kluwer Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 | Line  3.39<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | Waste Management<br>PO Box 55558<br>Boston, MA 02205 | Line  3.37<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | Wells Fargo Commercial<br>Distribution Finance, LLC<br>10 South Wacker Drive<br>Chicago, IL 60606 | Line  3.38<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 59,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 817,711.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 876,711.00 |

**Fill in this information to identify the case:**

Debtor name ___Kansas City RVs, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Forklift Lease<br><br><br><br>Financial Pacific Leasing LC<br>3455 S. 344th Way, #300<br>Federal Way, WA 98001-9546 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of property located at 148 NE McQuerry Road, Grain Valley, MO 64029<br><br><br>John Veldheer - Jacmo Properties<br>1607 Elsa Smith Road<br>Independence, MO 64056 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Month to month sublease tenant<br><br>Month to Month<br><br>KC RV THERE YET<br>146 NE MCQuerry Road<br>Grain Valley, MO 64029 |

**Fill in this information to identify the case:**

Debtor name ___Kansas City RVs, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 JE Cornwell | 12 East 110th Street Kansas City, MO 64114 | Capital Ten Properties, LLC | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.2 JE Cornwell | 12 East 110th Street Kansas City, MO 64114 | Financial Pacific Leasing LC | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.3 JE Cornwell | 12 East 110th Street Kansas City, MO 64114 | Floorplan Xpress | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.4 JE Cornwell | 12 East 110th Street Kansas City, MO 64114 | Fund Works | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |
| 2.5 JE Cornwell | 12 East 110th Street Kansas City, MO 64114 | John Veldheer - Jacmo Properties | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |

| Debtor | Kansas City RVs, LLC | Case number *(if known)* | |
|--------|----------------------|--------------------------|--|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | JE Cornwell | 12 East 110th Street<br>Kansas City, MO 64114 | Legacy Bank and Trust | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | JE Cornwell | 12 East 110th Street<br>Kansas City, MO 64114 | NBKC | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | JE Cornwell | 12 East 110th Street<br>Kansas City, MO 64114 | Northpoint Commercial Finance | ☐ D ____<br>■ E/F __3.25__<br>☐ G ____ |
| 2.9 | JE Cornwell | 12 East 110th Street<br>Kansas City, MO 64114 | Small Business Admin | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | JE Cornwell | 12 East 110th Street<br>Kansas City, MO 64114 | SOS Capital | ☐ D ____<br>■ E/F __3.30__<br>☐ G ____ |
| 2.11 | JE Cornwell | 12 East 110th Street<br>Kansas City, MO 64114 | Wells Fargo Bank, N.A. | ☐ D ____<br>■ E/F __3.38__<br>☐ G ____ |
| 2.12 | JE Cornwell | 12 East 110th Street<br>Kansas City, MO 64114 | Westwood Funding Solutions | ☐ D ____<br>■ E/F __3.40__<br>☐ G ____ |
| 2.13 | JE Cornwell | 12 East 110th Street<br>Kansas City, MO 64114 | Westwood Funding Solutions | ☐ D ____<br>■ E/F __3.41__<br>☐ G ____ |

Debtor    Kansas City RVs, LLC                                    Case number *(if known)*

_____

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

---

**Fill in this information to identify the case:**

Debtor name     Kansas City RVs, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)     _____

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  1/01/2023 to Filing Date | ■ Operating a business<br>☐ Other _____ | $0.00 |
   | For prior year:<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $4,514,000.00 |
   | For year before that:<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other _____ | $5,130,539.00 |
   | For the fiscal year:<br>From  1/01/2020 to 12/31/2020 | ■ Operating a business<br>☐ Other _____ | $1,206,448.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   Kansas City RVs, LLC _____   Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  John Veldheer - Jacmo Properties 1607 Elsa Smith Road Independence, MO 64056 | Monthly lease payments of $3,500.00 | $10,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__Lease__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  APMR, LLC 148 NE MCQuerry Road Grain Valley, MO 64029 | 9/20/2022 | $25,000.00 | Payment for Financing.  Debtor also periodical made payments to AMPR through out the year. |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Wells Fargo Bank, N.A. 10 South Wacker Drive Chicago, IL 60606 | Inventory | September 2022 | Unknown |
| Northpoint Commercial Finance PO Box 1445 Alpharetta, GA 30009 | Inventory | September 2022 | Unknown |
| Floorplan Xpress 2900 Telephone Road Suite 220 Oklahoma City, OK 73160 | Inventory | September 2022 | Unknown |
| Capital Ten Properties, LLC 6518 West 132nd Street Leawood, KS 66209 | Equipment, signs, and furniture | October 2022 | Unknown |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Debtor | Kansas City RVs, LLC | Case number *(if known)* | |
|---|---|---|---|

**Part 3:      Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. SOS Capital v. Debtor<br>20209230269 / 134068-2022 | Debt Collection | Supreme Court of the State of New York<br>County of Ontario | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:      Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:      Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:      Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    Kansas City RVs, LLC                                          Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Evans and Mullinix PA 7225 Renner Rd  Ste 200 Shawnee, KS 66217-3043 | Filing Fee and Attorney Fees | 10/03/2022 - $10,000.00 10/28/2022 - $1,738.00 | $11,738.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 418 NE McQuerry Road Grain Valley, MO 64029 | 12/2021 to present |
| 14.2. | 11900 East State Route 350 Raytown, MO 64138 | 2/01/2022 to 10/2022 |
| 14.3. | 10354 S 71 Highway Grandview, MO 64030 | 10/2019 to 12/2021 |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Debtor | Kansas City RVs, LLC | Case number (if known) | |
|---|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
■  Yes. State the nature of the information collected and retained.

   Name, Address, Credit History, Etc.

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Great Southern Bank | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 9/27/2022 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor   Kansas City RVs, LLC _____   Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor   Kansas City RVs, LLC                                Case number *(if known)*  _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Sunrise Tax & Accounting | 2019 to present |
| 26a.2.   Parker Swearngin, LLP<br>Attn: Jennie Swearngin<br>215 SE Douglas Street<br>Lees Summit, MO 64063 | October to November 2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Financial Pacific Leasing LC<br>3455 S. 344th Way, #300<br>Federal Way, WA 98001-9546 |
| 26d.2.   Floorplan Xpress<br>2900 Telephone Road<br>Suite 220<br>Oklahoma City, OK 73160 |
| 26d.3.   Legacy Bank and Trust<br>PO Box 10088<br>3250 East Sunshine Street<br>Springfield, MO 65804 |
| 26d.4.   NBKC<br>8320 Ward Parkway<br>Kansas City, MO 64114 |
| 26d.5.   Northpoint Commercial Finance<br>PO Box 1445<br>Alpharetta, GA 30009 |
| 26d.6.   Small Business Admin<br>1000 Walnut, Ste. 500<br>Kansas City, MO 64106 |
| 26d.7.   Wells Fargo Bank, N.A.<br>10 South Wacker Drive<br>Chicago, IL 60606 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Debtor | Kansas City RVs, LLC | Case number *(if known)* |
|---|---|---|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JE Cornwell | 12 East 110th Street Kansas City, MO 64114 | CEO | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | JE Cornwell 12 East 110th Street Kansas City, MO 64114 | $2,500 per month for 8 months & housing | Various | Salary |
| | **Relationship to debtor** Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    Kansas City RVs, LLC                                    Case number *(if known)* _____

---

**Part 14:**  **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January  6, 2023 _____

/s/ JE Cornwell _____               JE Cornwell _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Missouri

In re   Kansas City RVs, LLC

Debtor(s)

Case No.

Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Kansas City RVs, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January  6, 2023

Date

/s/ Colin Gotham

Colin Gotham KS#19538; MO#52343

Signature of Attorney or Litigant

Counsel for   Kansas City RVs, LLC

Evans & Mullinix, P.A.

7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701
cgotham@emlawkc.com